
**Marian F. Harrison**
US Bankruptcy Judge



Dated: 10/30/2019

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BUDDY EUGENE MOONEYHAN** | ) | CASE NO. 3:19-bk-04413 |
| | ) | JUDGE HARRISON |
| Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | Relief from stay to enforce lien |
| **MIDFIRST BANK** | ) | |
| | ) | |
| Secured Claimant | ) | Date of Scheduled Hearing: |
| | ) | October 29, 2019 |

Affected Collateral: 806 W Spring St., Lebanon, TN 37087

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

The Secured Claimant has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Following the filing of the Motion for Relief from Automatic Stay and Abandonment by Nationstar Mortgage LLC d/b/a Mr. Cooper, the subject loan was service transferred to MidFirst Bank, who is now the Secured Claimant.

The Chapter 7 Trustee, Robert H. Waldschmidt (the "Trustee") filed a Response to the Motion for Relief from Automatic Stay and Abandonment, which is resolved by this Agreed Order.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the Trustee does not abandon any interest in the asset.

IT IS FURTHER ORDERED that Secured Claimant, having relief from the automatic stay, may initiate foreclosure proceedings against the real property securing the security instrument and note. In the event there are any surplus funds, or if the sale of the property results in funds in excess of the amount of the secured claim, then said excess proceeds shall continue to be property of the bankruptcy estate, are not abandoned herein, and shall be turned over to the Trustee by the secured claimant. The turnover of said funds

is without prejudice to claims of potential co-owners, whose claims for funds shall be asserted in this Court.

IT IS FURTHER ORDERED that if Secured Claimant does initiate and complete foreclosure proceedings, they shall provide the Trustee with an accounting of the foreclosure after the sale concludes, regardless of whether such foreclosure yields surplus funds.

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

APPROVED FOR ENTRY:

*/s/ Alexandra M. Bradley*
Alexandra M. Bradley (034703)
Joel W. Giddens (016700)
Wilson & Associates, PLLC
5300 Maryland Way, Suite 103
Brentwood, TN 37027
(615) 255-9388
(615) 255-5581 fax
abradley@thewilsonlawfirm.com
jgiddens@thewilsonlawfirm.com

Attorneys for Secured Claimant


 /s/ Robert H. Waldschmidt (with permission)
Robert H. Waldschmidt
5115 Maryland Way, Suite 213
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020

Chapter 7 Trustee


W&A: 341064

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.